Date: 06-10-11                **SENTENCING**            Judge: O'GRADY
Time: 9:24   To 10:000                                   Reporter: N. Linnell
                                                         Interpreter: _____
                                                         Language: _____

UNITED STATES of AMERICA
                                                         Case Number: 1:11CR00138-001
V.

JOHN LEONE
Counsel/Govt: Uzo Asonye                  Counsel/Deft: Steven Webster
Court adopts PSI ( X )   without exceptions ( )  with exceptions: Defendant's motion for 2 level reduction re: abuse of trust position - argued and denied.

**SENTENCING GUIDELINES :**                           Court departs from Guidelines pursuant
Offense Level: 13                                     to:
Criminal History: 1                                   __ USSG 5H1.3 and 5H1.4
Imprisonment Range: 12 To 18 Months                   __ USSG 5K2.0
Supervised Release Range: 2 to 3 Years                __ USSG 5K2.12
Fine Range: $ 3,000.00 to $ 30,000.00                 __ USSG 5C1.2
Restitution $ 34,800.00                               __ Other:_____
Special Assessment $ 100    ( ) Satisfied    ( ) Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
BOP for 60 DAYS
Supervised Release for 2 Years with special conditions: ( x )Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $_____ to begin w/in ____ days of release from custody/imposition of sentence
( X ) Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
____ Dft. shall maintain uniform good behavior.
_X_ Dft. to remain drug free, submit to In/Out patient testing as directed.
____ Dft. must participate in _____ counseling as directed.
____ No new credit
____ Access to all financial records.
____ No purchases over $_____ without prior approval from the probation officer.
_X_ Pay restitution of $ 34,800  As directed by the probation officer.
____ Drug testing waived
_X_ Home confinement for 4 Months as directed by the probation officer.
____ Dft. must fully cooperate w/BICE in any deportation proceedings and, if deported, may not re-enter United States w/o permission.
____ Other:_____

**RECOMMENDATIONS to BOP:**
_X_ Dft. to be designated to: a facility in the Northern Virginia area to be near her family.
____ Dft. to participate in 500 hrs Intensive Drug Treatment Program
____ Other:_____

**Defendant:** ( ) Remanded  ( X ) Cont'd on Bond to Self-Surrender no sooner than September 26, 2011, as directed by the probation officer once designated by BOP.